# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2219
_____

JAMES HINES,

Petitioner,

v.

VERTOL SYSTEMS COMPANY,
INC.,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

November 14, 2025

PER CURIAM.

DENIED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charles F. Beall, Jr. of Moore, Hill & Westmoreland, P.A., Pensacola, for Petitioner.

No appearance for Respondent.